April 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.O.A., A CHILD

NO. 14-14-00968-CV

_____

       This cause, an appeal from the judgment in favor of appellee Alfred Adegboyegun, the father of J.O.A., signed September 5, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant Ayo Sanusi-Alaka, the mother of J.O.A., to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.